**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: February 24, 2014
Court Reporter: Janet Coppock                          Time: 20 minutes
Probation Officer: Andrea Bell                          Interpreter: n/a

**CASE NO. 13-CR-00342-PAB**

<u>Parties</u>                                                                  <u>Counsel</u>

**UNITED STATES OF AMERICA,**                          Anna Edgar

              Plaintiff,

vs.

**ALYSSA H. SCHLOTE,**                                        Matthew Belcher

              Defendant.

---

**SENTENCING**

---

**11:10 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00342-PAB
February 24, 2014

Argument by Mr. Belcher in support of the defendant's Motion for a Variant Sentence Pursuant to 18 U.S.C. § 3553 and comments addressing sentencing.

Argument by Ms. Edgar and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Amended Motion for a Variant Sentence Pursuant to 18 U.S.C. § 3553 [Docket Nos. 22/24] is **GRANTED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **November 13, 2013** to count **Five of the Indictment.**

**ORDERED:** Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **time served.**

**ORDERED:** Defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

Page Three
13-CR-00342-PAB
February 24, 2014

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**x**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of her prescribed medications is maintained.
- (**X**) Defendant shall be placed on home detention for a period of **six** months, to commence within **21** days of sentencing. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant shall make **restitution** as follows:

| Name/Address of Victim | Amount |
|---|---|
| Bank of Denver<br>810 E. 17th Avenue<br>Denver, Colorado 80218    Attn: Linda Rock | $50,000 |

Page Four
13-CR-00342-PAB
February 24, 2014

       Chubb Group of Insurance Companies       $15,000
       P.O. Box # 1616
       Warren, NJ 07059
       Claim # 060013001480    Attention: Tiaschi Gee

**ORDERED:**  Interest on restitution is **WAIVED**.

**ORDERED:**  The **special assessment and restitution** obligations are due immediately.  Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:**  Government's Motion to Dismiss Counts One through 4 will be **GRANTED,** upon the Government filing a written motion**.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED**:  Bond is exonerated.

**11:30 a.m.    COURT IN RECESS**

**Total in court time:   20 minutes**

**Hearing concluded**